UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OW CHICKEN STAR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-00142 |
| | ) |
| AR GROUP TENNESSEE, LLC and | ) |
| AR GROUP OF RESTAURANTS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Dismissal (Doc. No. 14). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE